1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**JS-6**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESFANDIAR SHARYARIKESHEH,<br><br>           Plaintiff,<br><br>   vs.<br><br>JAMES RIVER INSURANCE<br>COMPANY and DOES 1 to 50,<br><br>         Defendants. | Case No.: CV 20-7240-DMG (MRWx)<br><br>**ORDER TO DISMISS ENTIRE<br>ACTION WITH PREJUDICE [13]** |

Having considered the parties' stipulation, AND GOOD CAUSE APPEARING THEREFOR,

IT IS HEREBY ORDERED that the above-captioned action, including all claims and causes of action described in the pleadings herein, is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41.  Each party shall bear its own attorney's fees and costs.  All scheduled dates and deadlines are VACATED.

DATED:  September 25, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

2341632.11